CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 3 1 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL A. PHILLIPS, | ) |
| Plaintiff, | ) Case No. 7:09CV00098 |
| v. | ) **FINAL ORDER** |
| POCAHONTAS STATE CORR. CENTER, | ) By: Glen E. Conrad |
| Defendant. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and is stricken from the active docket of the court.

ENTER: This 31st day of March, 2009.

/s/ Glen Conrad
United States District Judge